UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  
**DALEY, MICHELLE S.**  
SSN: XXX-XX-6503

Case No. 04-10166-BKC-AJC  
Chapter 7

Debtors(s).

_____/

## TRUSTEE'S NOTICE OF FINAL DIVIDENDS TO CREDITORS

The trustee herein files this Notice of Final Dividends to the creditors of this estate. Attached hereto is the Trustee's Final Dividend made to creditors.

The dividend checks were mailed to creditors on _January 17, 2006_. If checks are not cashed within 90 days by the creditors all remaining funds will be turned over to the clerk of the court for deposit into the U.S. Treasury pursuant to 11 U.S.C. §347(a) and Local Rule 3011.

Dated: _January 17, 2006_

Alan L. Goldberg, Trustee  
111 S.W. Third Street  
Suite 701  
Miami, FL 33130  
Telephone: (305) 372-1100 x10  
Telefax: (305) 372-0188

FINAL DISTRIBUTION

# FINAL DISTRIBUTION

Case Number: 04-10166    AJC  
Debtor Name: DALEY, MICHELLE S.

Page 1

Date: January 16, 2006

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $0.00 |
| | **Claim Type -** | | | | | | | |
| | Alan L. Goldberg, Trustee COMPENSATION | Admin | | $833.03 | $833.03 | $0.00 | $0.00 | $0.00 |
| | Alan L. Goldberg, Trustee EXPENSES | Admin | | $34.25 | $34.25 | $0.00 | $0.00 | $0.00 |
| | **Subtotal For Claim Type** | | | $867.28 | $867.28 | $0.00 | $0.00 | |
| | Subtotals For Class Administrative  100.00000 % | | | $867.28 | $867.28 | $0.00 | $0.00 | |
| | **Claim Type UL - UNSECURED LATE** | | | | | | | |
| 00001 | Creditone L L C | Unsec | 072 | $4,366.90 | $246.36 | $4,120.54 | $0.00 | $0.00 |
| 00002 | Household Bank | Unsec | 072 | $2,995.00 | $168.97 | $2,826.03 | $0.00 | $0.00 |
| 00003 | Inphynet South Broward Inc. | Unsec | 072 | $235.00 | $13.26 | $221.74 | $0.00 | $0.00 |
| 00004 | NAL Acceptance Corporation | Unsec | 072 | $19,084.00 | $1,076.64 | $18,007.36 | $0.00 | $0.00 |
| 00005 | Penn Credit | Unsec | 072 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 00006 | Plaza Associates | Unsec | 072 | $928.48 | $52.38 | $876.10 | $0.00 | $0.00 |
| 00007 | Primus Automotive | Unsec | 072 | $8,000.00 | $451.33 | $7,548.67 | $0.00 | $0.00 |
| 00008 | Risk Management Alternatives Inc | Unsec | 072 | $1,921.45 | $108.40 | $1,813.05 | $0.00 | $0.00 |
| 00009 | RMCB | Unsec | 072 | $35.54 | $2.01 | $33.53 | $0.00 | $0.00 |
| 00010 | Risk Management Alternatives Inc | Unsec | 072 | $1,279.04 | $72.16 | $1,206.88 | $0.00 | $0.00 |
| 00011 | RMCB | Unsec | 072 | $40.75 | $2.30 | $38.45 | $0.00 | $0.00 |
| 00012 | Target | Unsec | 072 | $397.00 | $22.39 | $374.61 | $0.00 | $0.00 |
| 00013 | Capital Management Services Inc | Unsec | 072 | $1,707.41 | $96.33 | $1,611.08 | $0.00 | $0.00 |
| 00014 | Asset Acceptance Corp. | Unsec | 072 | $606.62 | $34.22 | $572.40 | $0.00 | $0.00 |
| 00015 | Central Financial Control | Unsec | 072 | $2,093.44 | $118.10 | $1,975.34 | $0.00 | $0.00 |

FINAL DISTRIBUTION
# FINAL DISTRIBUTION

Case Number: 04-10166      AJC  
Debtor Name: DALEY, MICHELLE S.

Page 2

Date: January 16, 2006

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Subtotal For Claim Type UL | | | $43,690.63 | $2,464.85 | $41,225.78 | $0.00 | |
| | Subtotals For Class Unsecured | 5.64160 % | | $43,690.63 | $2,464.85 | $41,225.78 | $0.00 | |
| << Totals >> | | | | $44,557.91 | $3,332.13 | $41,225.78 | $0.00 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.